PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
ALEXIS NELSEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 29, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>USPS PARCEL 9505 5105 8273 1286 7189 71 addressed to "Sean N. 4601 Blackrock dr. Sacramento CA 95835 #APT 214" | CASE NO. 2:21-sw-0833 KJN<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

### **S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: October 29, 2021

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE